IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHAUN ANDRIKOPOULOS and MICHAEL A. SANTER, | § § § | No. 490, 2015 |
| Plaintiffs Below-Appellants, | § § § | Court Below: Court of Chancery of the State of Delaware |
| v. | § § | C.A. No. 9899-VCP |
| SILICON VALLEY INNOVATION COMPANY, LLC, | § § § § | |
| Defendant Below-Appellee. | § | |

Submitted: June 8, 2016
Decided: June 8, 2016

Before **STRINE**, Chief Justice; **HOLLAND**, **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices, constituting the Court *en Banc*.

## **O R D E R**

This 8th day of June 2016, upon consideration of the parties' briefs and the record below, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned in the well-reasoned decision dated July 30, 2015.[1]

NOW, THEREFORE, IT IS ORDERED that the Court of Chancery's judgment is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *Andrikopoulos v. Silicon Valley Innovation Co., LLC*, 120 A.3d 19 (Del. Ch. 2015).